UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MOLOTOV COCKTAIL DRINK MIX, LLC            PLAINTIFF

v.            CIVIL ACTION NO. 3:13-CV-877-M

U.S. CANADIAN CLEAR WATER, LLC            DEFENDANT

## ORDER

The above matter having been referred to United States Magistrate Judge James D. Moyer, and the Magistrate Judge having filed his Findings of Fact, Conclusions of Law, and Recommendation, and there being no objections filed thereto,

**IT IS HEREBY ORDERED** that he Court accepts the Findings of Fact, Conclusions of Law and Recommendation of the Magistrate Judge.

The court will enter a separate order.

DATE:    November 10, 2014

*[signature]*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**